# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JAMES JACKSON,**

    Petitioner,

v.                            Case No. 3:22cv2099-MCR/MAF

**WARDEN M.V. JOSEPH,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION

In an order entered on February 26, 2018, this court directed Petitioner James Jackson to either pay the $5.00 filing fee or, alternatively, file a motion to proceed in forma pauperis by March 28, 2022. ECF No. 3. The order advised Jackson that review of his petition would be deferred until the matter of the filing fee was resolved. To date, Jackson has not complied with the court's order.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. *Link v. Wabash R.R.*, 370 U.S. 626 (1962). Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order, typically upon motion of the defendant. *See Moon v. Newsome*, 863 F.2d 835, 838 (11th Cir. 1989) (citing cases). Rule 41.1 of the Local Rules of the Northern District of Florida also authorizes the

court to impose sanctions, up to and including dismissal, for failure to comply with a rule or court order. Thus, because Petitioner did not comply with this court's order, this petition should be dismissed without prejudice.

Petitioner shall have a 14-day period after service of this report and recommendation in which to file objections. This will also afford Petitioner a final opportunity to show good cause for his failure to respond. Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on April 14, 2022.

> **s/ MARTIN A. FITZPATRICK**
> **MARTIN A. FITZPATRICK**
> **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:22cv2099-MCR/MAF